Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO FERNANDEZ, individually and on behalf of all others similarly Plaintiff(s),<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., Inc.<br><br>Defendant(s). | Case No: 3:20-cv-00337<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Matthew G. Lindenbaum, an active member in good standing of the bar of State of Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: TOYOTA MOTOR SALES, U.S.A., Inc. in the above-entitled action. My local co-counsel in this case is Jahmy S. Graham, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| One Post Office Square, 30th Floor<br>Boston, MA 02109 | 19191 S. Vermont Ave., Ste. 900<br>Torrance, CA 90502 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (617) 217-4632 | (424) 221-7400 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| matthew.lindenbaum@nelsonmullins.com | Jahmy.Graham@nelsonmullins.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 670007.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/21/20

_____
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Matthew G. Lindenbaum is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                                October 2012

UNITED STATES DISTRICT COURT

District of Massachusetts

CERTIFICATE OF
GOOD STANDING

I, Robert M. Farrell, Clerk of this Court, certify that **Matthew G. Lindenbaum**, Bar **670007**, was duly admitted to practice in this Court on **April 15, 2008**, and is in good standing as a member of the Bar of this Court.

Dated at Boston, Massachusetts on **February 20, 2020**

_Robert M. Farrell_
**CLERK**

**DEPUTY CLERK**

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

By: */s/ Jahmy S. Graham*
Jahmy S. Graham