UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

IN RE TOYOTA RAV4 HYBRID FUEL TANK LITIGATION

Case No. 20-cv-00337-EMC (LB)

**DISCOVERY ORDER**

Re: ECF No. 54

The plaintiffs bring this putative class action on behalf of purchasers and lessees of 2019 and 2020 Toyota RAV4 Hybrid vehicles.[1] They allege that defendant Toyota Motor Sales, U.S.A., Inc. represented that RAV4 has a fuel-tank capacity of 14.5 gallons and a mileage of 580 miles. The RAV4's tank shape, however, allegedly does not allow for a full refill.[2] The plaintiffs thus assert breach-of-warranty, consumer-protection, and unjust enrichment claims under various state laws.[3]

The parties dispute the timing and extent of "Phase 1 Discovery" as ordered by the trial judge.[4] After the parties filed their discovery letter, the trial judge ordered that "[p]rior to resolution of the

---

[1] Consolidated Compl. – ECF No. 55 at 2 (¶¶ 1). Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] *Id*. (¶ 3)

[3] *Id*. at 3 (¶ 5), at 48–196 (¶¶ 94–1169).

[4] Discovery Letter – ECF No. 54.

ORDER – No. 20-cv-00337-EMC (LB)

motion to dismiss, the Court shall allow discovery of high-level documents."[5] The court then referred all future discovery matters, including the "determination of what high-level documents should be produced at this stage," to the undersigned.[6]

The parties' current discovery letter largely disputes whether the Phase 1 Discovery should take place at all. The trial court has ordered the commencement of high-level document discovery. The letter does not sufficiently address the parties' narrower dispute about the scope of the document requests (such as, any specific objections to the requests) or timing for production.

The court thus terminates the pending discovery letter and directs the parties to meet and confer in light of the trial court's order allowing for some high-level document production. To the extent that the parties are unable to reach an agreement, they may file a discovery letter that complies with the undersigned's standing order (attached). The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: September 22, 2020

_____
LAUREL BEELER
United States Magistrate Judge

---

[5] Clerk's Notice – ECF No. 56.

[6] *Id*.