UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TOYOTA RAV4 HYBRID FUEL TANK LITIGATION. | Case No. 20-cv-00337-EMC<br><br>**ORDER TO SHOW CAUSE RE ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Docket No. 114 |

Plaintiffs filed an administrative motion to seal portions of its opposition to Defendant Toyota's motion to dismiss. Docket No. 114. On September 13, 2021, the Court granted the motion without hearing from Toyota. Docket No. 117. After reviewing the motion to seal a second time, the Court now orders Toyota to show cause as to why the information sought to be redacted in Docket No. 114 should stay sealed. Toyota has one (1) week from the date of this order to show cause.

**IT IS SO ORDERED**.

Dated: October 28, 2021

_____
EDWARD M. CHEN
United States District Judge