| | |
|---|---|
| 1 | Robert C. Schubert (No. 62684) |
| 2 | (rschubert@sjk.law) |
|   | Dustin L. Schubert (No. 254876) |
| 3 | (dschubert@sjk.law) |
|   | Noah M. Schubert (No. 278696) |
| 4 | (nschubert@sjk.law) |
| 5 | **Schubert Jonckheer & Kolbe LLP** |
|   | Three Embarcadero Center, Suite 1650 |
| 6 | San Francisco, California  94111 |
|   | Telephone:      (415) 788-4220 |
| 7 | Facsimile:       (415) 788-0161 |
| 8 | *Interim Class Counsel* |
| 9 | [Additional counsel on signature page] |

SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE TOYOTA RAV4 HYBRID FUEL TANK LITIGATION | Case No. 3:20-cv-00337-EMC |
|---|---|
| This Document Relates To: All Actions | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR JOINT SUBMISSION ON *DIAZ* FACTORS**<br><br>**L.R. 6-2, 7-12** |

**Stipulation and [Proposed] Order to Extend Deadline for Joint Submission on *Diaz* Factors**
**Case No.: 3:20-cv-00337-EMC**

Pursuant to Local Civil Rules 6-2 and 7-12, Plaintiffs Andrew Hamblen, Richard DeLuca, Barbara Tom, Serge Perry, Brennen Mulcahy, Kelly Kafeyan, Kaitlin Cirulli, Scott Barden, Antonius Tran, Richard Wagner, Jedediah Clawson, Marco Fernandez, Denny Brand, Barbara Brand, Matthew Kahn, Phillip Ferraguto, Lonnie Birchfield, Dennis Klinkhammer, Jonathan Pool, Phillip Martin, Suzanne Hakes, Chad Simmons, Brad Ramaekers, Paul McPhie, Angelo Markatos, Domenico Colabraro, Kirk Arellano, Sarah Kessler, Adolfo Muccillo, Yuriy Genzel, Margaret Louie, Curtis Huston, Neil DiBiase, Doug Phillips, Louis Gentile, Mark Beaty, Ken Hulme, Kimberly Hulme, and Tim Thompson (together, "Plaintiffs"), and Defendant Toyota Motor Sales, U.S.A., Inc. ("TMS," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS, on January 5, 2022, the Parties informed the Court that they were engaged in settlement discussions (ECF 124) and had reached a settlement in principle that was subject to final documentation on March 29, 2022 (ECF 129);

WHEREAS, on May 5, 2022, the Parties finalized and executed their settlement and thereafter filed their Stipulation for Voluntary Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a) *et seq.* and proposed order thereon on May 9, 2022 which provides for dismissal with prejudice of the named plaintiffs' claims and causes of action (ECF 133);

WHEREAS, on May 10, 2022, the Court issued its Order requiring the Parties to file a joint submission regarding the settlement by May 17, 2022, which addresses Federal Rule of Civil Procedure Rule 23(e) and *Diaz v. Trust Territory of Pac. Islands*, 876 F.2d 1401(9th Cir. 1989) (ECF 134);

WHEREAS, the Parties met and conferred on May 11, 2022 to discuss their forthcoming joint submission and believe an additional week's time is necessary to comply with the Court's Order in light of the need to gather the requested information and evidence (including any accompanying declarations) and given prior scheduling and vacation conflicts among counsel;

WHEREAS, this Stipulation is made with good cause shown, in good faith, and not for the purpose of unnecessary delay; and

SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

WHEREAS, this requested continuance will only disrupt the case schedule insofar as it would postpone the Court's consideration of whether to enter the proposed order dismissing the action in its entirety.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties that, through their respective undersigned counsel, subject to Court approval that:

1. The May 17, 2022 deadline for the Parties to file their joint submission regarding Rule 23(e) and *Diaz* is CONTINUED to May 24, 2022.

The parties respectfully request that the Court enter an Order approving this Stipulation.

**IT IS SO STIPULATED**.

Dated: May 13, 2022                     **SCHUBERT JONCKHEER & KOLBE LLP**

By: */s/ Dustin L. Schubert*
Robert C. Schubert (No. 62684)
Dustin L. Schubert (No. 254876)
Noah M. Schubert (No. 278696)
Three Embarcadero Center, Suite 1650
San Francisco, CA  94111
Telephone:      (415) 788-4220
Facsimile:       (415) 788-0161
Email:              rschubert@sjk.law
                       dschubert@sjk.law
                       nschubert@sjk.law
                       kmccauley@sjk.law

*Interim Class Counsel*

Courtney Maccarone (admitted *pro hac vice*)
**LEVI & KORSINSKY, LLP**
55 Broadway, 10th Floor
New York, NY 10006
Telephone:      (212) 363-7500
Facsimile:       (212) 363-7171
Email:              cmaccrone@zlk.com

John Van Loben Sels (No. 201354)
Jennifer J. Shih (No. 276225)
**FISH IP LAW, LLP**
2603 Main Street, Suite 1000
Irvine, CA 92614
Telephone:      (949) 943-8300

|   |   |
|---|---|
| | Facsimile:   (949) 943-8358 |
| | E-mail:      jvanlobensels@fishiplaw.com |
| | jshih@fishiplaw.com |

Dated: May 13, 2022                **Nelson Mullins Riley & Scarborough LLP**

By: /s/ *Jahmy S. Graham*
Jahmy S. Graham (No. 300800)
Jessica Higashiyama (No. 272269)
19191 South Vermont Ave., Suite 900
Torrance, CA 90502
Telephone:   (424) 221-7400
Facsimile:   (424) 221-7499
Email:       jahmy.graham@nelsonmullins.com
             jessica.higashiyama@nelsonmullins.com

Matthew G. Lindenbaum (admitted *pro hac vice*)
One Financial Center, Suite 3500
Boston, MA 02111
Telephone:   (617) 217-4700
Facsimile:   (617) 217-4710
Email:       matthew.lindenbaum@nelsonmullins.com

*Attorneys for Defendant Toyota Motor Sales, U.S.A., Inc.*

\*     \*     \*     \*

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____              _____
                                              Hon. Edward M. Chen
                                              U.S. District Court Judge

**FILER'S ATTESTATION**

I, Dustin L. Schubert, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order to Extend Deadline for Joint Submission on *Diaz* Factors. In compliance with Local Rule 5-1(h)(3), I hereby attest that Jahmy S. Graham concurs in this filing's content and has authorized its filing.

Dated: May 13, 2022            By:    */s/ Dustin L. Schubert*
                                              Dustin L. Schubert

SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

**Stipulation and [Proposed] Order to Extend Deadline for Joint Submission on *Diaz* Factors**
**Case No.: 3:20-cv-00337-EMC**